## JOHNSON *v.* THE STATE.

APPEAL from the *Marion* Circuit Court.

PERKINS, J.—In this case there was a motion to quash the indictment, because it was neither endorsed "a true bill,"· nor signed by the foreman of the grand jury. We think the motion should have been sustained. See Whart. Cr. Law, 5th ed., vol. 1, sec. 49, *et seq.*

Judgment reversed; the keeper of state prison to be notified to return appellant to jail of *Marion* county, *Indiana.*

*Sims A. Colley & John C. Bufkin,* for appellant.
*Oscar B. Hord,* for the state.